**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jose Queliz          JOINT DEBTOR: _____          CASE NO.: _____
Last Four Digits of SS# 3911          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $ 288.38 for months 1 to 60 ;
  B.  $_____ for months _____ to _____ ;
  C.  $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,500
  TOTAL PAID- $1,600
  Balance Due $1,900
  Payable $190/month  (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| 1. Broward County Tax Collector | Arrearage on Petition Date: $4,330.52 |
|---|---|
| Address: 115 S. Andrews Ave, #120 | Arrears Payment: $72.17 /month (Months 1 to 60 |
| Fort Lauderdale, FL 33301 | Regular Payment: $0.00 |
| Acct No. 514004140220 | |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____          Total Due $_____
          Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 190 /month (Months 11 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

- Debtor will pay the following claims directly:
    o Chase Bank (Acct # 1742520545)
    o PNC Bank (Acct. # 4489618321128879)
    o Wells Fargo Bank (Acct # x68005583380001)
    o Ally Financial (Acct # 68005583380001) . This account is paid by Debtor's daughter.
    o Ally Financial (Acct # 029915109592)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Michael S. Hoffman, counsel for Jose Queliz          _____
Debtor
Date:8/21/14